IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    Cr. No.  15-20236-JTF

TERRENCE MERCELLUS MACON,

    Defendant.

NOTICE OF ENTRY OF APPEARANCE

Please take notice that Tyrone Paylor, First Assistant Federal Defender, herein enters his notice of appearance as counsel for Terrence Macon in the above styled and numbered cause.

**Please remove FPD's name from the distribution list**.

This 21st day of September, 2015.

    s/ TYRONE J. PAYLOR
    First Assistant Federal Defender
    200 Jefferson Avenue, Suite 200
    Memphis, TN 38103
    (901) 544-3895

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system to Mr. Frederick Godwin, Assistant U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103, this 21$^{st}$day of September, 2015.

    s/ TYRONE J. PAYLOR
    First Assistant Federal Defender