**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Cr. No.: 15-20236** |
| vs. | ) | |
| | ) | |
| **Terrence Marcellus Macon,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**POSITION OF THE UNITED STATES**
**WITH RESPECT TO SENTENCING FACTORS**

Comes now the United States by and through counsel, Edward L. Stanton III, United States Attorney for the Western District of Tennessee and Frederick Godwin, Assistant United States Attorney, and notifies the Court of the position of the United States in accordance with § 6A1.2 of the Sentencing Guidelines and Policy Statements.

1. The attorney for the United States has received and reviewed the Presentence Report filed in this case.

2. The Unites States has consulted with counsel for the defendant about the above case.

3. The United States has no objections to the Presentence Report.

Respectfully submitted,

EDWARD L. STANTON III
United States Attorney

By:   s/ Frederick H. Godwin
Frederick H. Godwin
Assistant United States Attorney
167 N. Main Street, Ste. 800
Memphis, TN 38103
(11501 – Tennessee)

## **CERTIFICATE OF SERVICE**

      I, Frederick H. Godwin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing document was filed via the Court's Electronic Filing System

    This 20th day of January, 2016.

                                                        s/ Frederick H. Godwin
                                                        Frederick H. Godwin
                                                        Assistant United States Attorney