IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Cr. No.  15-20236-JTF

TERRENCE MACON,

    Defendant.

---

**POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS**

---

COMES NOW the defendant, Terrence Macon, by and through his counsel, Tyrone J. Paylor and submits his position with respect to the sentencing factors pursuant to *§6A1.2 of the United States Sentencing Guidelines Manual (effective 2015)*.

1.  Defense counsel has conferred with the defendant and provided him with a copy of the presentence report.  Counsel does not expect to call any witnesses at the hearing and expects the hearing to last for no more than an hour.

### FACTUAL OBJECTIONS TO THE PRESENTENCE REPORT

1.  Mr. Green has no objections to the facts contained in the presentence report.

### OBJECTIONS TO THE GUIDELINE CALCULATIONS

2.  Mr. Green has no objections to the guideline calculations contained in the presentence report.

Respectfully submitted,

DORIS RANDLE-HOLT
FEDERAL DEFENDER

s/ Tyrone J. Paylor
First Assistant Federal Defender
200 Jefferson Avenue, Suite 200
Memphis, TN 38103
(901) 544-3895

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Position of Defendant With Respect To Sentencing Factors has been forwarded by electronic means via the Court's electronic filing system to Mr. Frederick Godwin, Assistant U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103.

This 10th day of February, 2015.

s/ Tyrone J. Paylor
First Assistant Federal Defender